## ELDER v. REILLY.

1. **Homestead**: WHEN SET OFF: EXECUTION SALE. The judgment of
the court below is affirmed. Following *Farr v. Reilly, ante,* p. 399.

*Appeal from Hancock Circuit Court.*

TUESDAY, JUNE 6.

THE defendant made a motion to set aside a sale of land
upon a special execution issued upon a decree foreclosing a
mortgage. The motion was sustained as to the undivided
one-half of the land. Defendant appeals.

*A. C. Ripley* and *O. K. Hoyt,* for appellant.

*H. H. Bush* and *H. N. Brockway,* for appellee.

BECK, J.—The facts in this case are substantially the same
as those involved in *Farr v. Reilly, ante,* p. 399, and the
questions of law arising in the separate cases are identical.
Following the decision in that case the judgment of the Circuit Court is

AFFIRMED.